EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Rigel Sabater Solá | 2012 TSPR 84<br><br>185 DPR ____ |

Número del Caso: TS-8228

Fecha: 8 de mayo de 2012

Abogado de la Parte Peticionaria:

        Por derecho propio

Oficina del Procurador General:

        Lcda. Tatiana Grajales Torruella
        Subprocuradora General

        Lcda. Edna E. Rodríguez Benítez
        Procuradora General Auxiliar

Materia: Readmisión al ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rígel Sabater Solá                    TS-8228

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de mayo de 2012.

Se acoge el informe del Procurador General y se ordena el archivo y sobreseimiento de la queja en contra de la Sra. Rígel Sabater Solá. Asimismo, se ordena su reinstalación al ejercicio de la abogacía y la notaría.

Lo acordó y ordena el Tribunal, y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo